**Order entered October 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-09-01068-CV

### DONALD CARDWELL AND 121 INVESTMENTS, L.L.C., Appellant

### V.

### BILL GURLEY, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-03299**

## ORDER

Following an abatement for bankruptcy, the Court reinstated this appeal in an order dated August 7, 2015. Although the record has not been filed, appellant obtained an extension and filed a brief on October 13, 2015. We **SUSPEND** the current briefing deadline for appellee's brief.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file the clerk's record by **NOVEMBER 30, 2015**. We **ORDER** Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file the reporter's record by **NOVEMBER 30, 2015.**

After the clerk's and reporter's records are filed, the Court will reset the briefing deadline for the parties' briefs.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Pitre, Ms. Dobbins, and counsel for all parties.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE